UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Debtor.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          -against-<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>                              Defendants. | 11-cv-7330-GBD<br><br>ECF Case<br>Electronically Filed |

### THE MASSMUTUAL DEFENDANTS' JOINDER IN THE MOTION TO DISMISS THE APPEAL OF THE TREMONT DEFENDANTS-APPELLEES

Defendants-Appellees Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual") hereby join in the Tremont Defendants'/Appellees' Motion to Dismiss the Appeal and incorporate by reference the Memorandum of Law in Support of the Tremont Defendants'/Appellees' Motion to Dismiss the Appeal (the "Tremont Motion") filed on October 20, 2011.  MassMutual is a party to the September 22, 2011 settlement of this adversary proceeding (the "Settlement"), filed and approved in connection with the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS").  MassMutual joins and incorporates by reference the reasons for dismissal set forth in the Tremont Motion, including *inter alia* that the appeal should be dismissed because the Appellants lack standing to object to the Settlement and therefore also lack standing to pursue their objections on appeal.

Dated: New York, New York
       October 27, 2011

**BINGHAM McCUTCHEN LLP**

By: *s/ Kenneth I. Schacter*

Kenneth I. Schacter
kenneth.schacter@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

Joseph L. Kociubes*
Carol E. Head*
One Federal Street
Boston, MA  02110-1726
617.951.8000
*admitted pro hac vice in the underlying adversary proceeding*

*Attorneys for
Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

A/74567399.1