UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>     -against-<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>                    Defendants. | 11-cv-7330-GBD<br><br>ECF Case<br>Electronically Filed |

### THE MASSMUTUAL DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Massachusetts Mutual Life Insurance Company ("MassMutual") states that it has no parent corporation. Since MassMutual is a mutual insurance company, there is no MassMutual stock and therefore no publicly held corporation owns MassMutual stock. MassMutual Holding LLC is a wholly owned subsidiary of MassMutual.

Dated: New York, New York.
       October 27, 2011

**BINGHAM McCUTCHEN LLP**

By: *s/ Kenneth I. Schacter*
     Kenneth I. Schacter
     kenneth.schacter@bingham.com
     399 Park Avenue
     New York, New York 10022
     (212) 705-7000

*Attorneys for Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

A/74569735.1