UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x
In re:                                                                  :
                                                                        :
BERNARD L. MADOFF INVESTMENT                                            :
SECURITIES LLC,                                                         :
        Debtor.                                                      :
----------------------------------------------------------------------- :
IRVING H. PICARD, Trustee for the Liquidation of                        :
Bernard L. Madoff Investment Securities LLC,                            :
                                                                        :   11-CV-7330(GBD)(AJP)
        Plaintiff,                                                   :   ECF CASE
                                                                        :   ELECTRONICALLY FILED
    - against-                                                        :
                                                                        :
TREMONT GROUP HOLDINGS, INC., et al.,                                   :
                                                                        :
        Defendants.                                                  :
----------------------------------------------------------------------- x

### THE TREMONT AND RYE FUNDS' JOINDER
### IN THE BRIEF OF THE TREMONT DEFENDANTS/APPELLEES

The Tremont and Rye Funds,[1] Defendants/Appellees in this appeal, respectfully join in the Brief Of The Tremont Defendants/Appellees (the "Tremont Brief") filed on November 21, 2011. The Tremont Brief seeks an order affirming the decision of the United States Bankruptcy Court for the Southern District of New York (Lifland, B.J.) (the "Bankruptcy Court"), entered on September 22, 2011, which granted the motion of plaintiff/appellee Irving Picard approving the settlement of this adversary proceeding.

---

[1] References herein to the "Tremont and Rye Funds" shall refer to all of the following entities: Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund – Ireland, Tremont Equity Fund – Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, and Life Invest Opportunity Fund LDC.

In the interests of judicial economy, the Tremont and Rye Funds hereby adopt and incorporate the legal arguments and authorities set forth in the Tremont Brief. For the reasons set forth in the Tremont Brief, the Tremont and Rye Funds respectfully request that this Court affirm the order of the Bankruptcy Court.

Dated: New York, New York
November 21, 2011

> TANNENBAUM HELPERN
> SYRACUSE & HIRSCHTRITT LLP
>
> By: /s/ David J. Kanfer
> Jamie B.W. Stecher
> Stecher@thsh.com
> Ralph A. Siciliano
> siciliano@thsh.com
> David J. Kanfer
> Kanfer@thsh.com
> 900 Third Avenue
> New York, New York 10022
> (212) 508-6700
>
> *Attorneys for The Tremont and Rye Funds*