UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BERNARD L. MADOFF INVESTMENT
SECURITIES LLC

Case Number 11 cv 07330 (GBD)

ORDER FOR ADMISSION
PRO HAC VICE

The Motion of Carol E. Head for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Massachusetts; and that her contact information is as follows:

Applicant Name: Carol E. Head
Firm Name: Bingham McCutchen LLP
Address: One Federal Street
City / State / Zip: Boston, MA 02110
Telephone / Fax: 617.951.8000 / 617.951.8736

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for MassMutual Holding LLC and Massachusetts Mutual Life Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: NOV 23, 2011

United States District / ~~Magistrate~~ Judge

A/74581874.1