USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 06 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                              Debtor.
------------------------------------------------------------ x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

                              Plaintiff,

        - against -

TREMONT GROUP HOLDINGS, INC., et al.,

                            Defendants.
------------------------------------------------------------ x

11-cv-7330 (GBD) (AJP)
ECF Case
Electronically Filed

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby files this notice of withdrawal of William K. Dodds' appearance in this action on behalf of defendant Oppenheimer Acquisition Corp. ("OAC"). As of March 1, 2012, Mr. Dodds is on sabbatical from Dechert LLP, counsel of record for OAC, and respectfully requests that his appearance be terminated.

**PLEASE TAKE FURTHER NOTICE** that Dechert LLP remains as counsel for defendant OAC in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: Princeton, New Jersey
       March 5, 2012

DECHERT LLP

By: *David A Kotler*
David A. Kotler
david.kotler@dechert.com
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendant Oppenheimer Acquisition Corp.*

MAR 06 2012

SO ORDERED

*George B. Daniels*
Hon.
United States District Judge

14340410