UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
Damion Wiggan

                Plaintiff,                          12cv1405(GBD)
-against-                                          PRO SE PRETRIAL
                                                                         CONFERENCE NOTICE

New York City Department of Correction
C.O. Toliver Shield# 17554, Jean Peare, Medical Staff
                Defendants.
---------------------------------------------------------------------------x
GEORGE B. DANIELS, DISTRICT JUDGE:

      Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference before Magistrate Judge Henry B. Pitman, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      A Pro Se pretrial conference will be held at the United States District Courthouse. If you are a prisoner in a state or city facility, you should provide sufficient information for opposing counsel to prepare an order by the Court to arrange for a conference by telephone.

      No application for adjournment will be considered unless made within one week of receipt of the conference date.

      All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: March 5, 2012
       New York, New York

                                                              SO ORDERED:

                                                              George B. Daniels
                                                             United States District Judge