UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :
                                                        :
BERNARD L. MADOFF INVESTMENT                            :
SECURITIES LLC,                                         :
                                                        :
                                                        :
                                                        :
                  Debtor.                               :
                                                        :
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
                                                        :
IRVING H. PICARD, Trustee for the Liquidation           :
of Bernard L. Madoff Investment Securities LLC,         :
                                                        :               ORDER
                  Plaintiff,                            :
                                                        :          11 CV 7330 (GBD)
            -against-                                   :
                                                        :
                                                        :
TREMONT GROUP HOLDINGS, INC., et al.,                   :
                                                        :
                  Defendants.                           :
                                                        x
- - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE B. DANIELS, United States District Judge:

        Oral argument on the pending motion to dismiss is scheduled for May 29, 2012 at

10:00AM.


Dated: New York, New York
       May 1, 2012

                                        SO ORDERED:

                                        _____
                                        GEORGE B. DANIELS
                                        United States District Judge