**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                          Debtor.
-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,
                        Plaintiff,

              -against-

TREMONT GROUP HOLDINGS, INC., et al.,
                        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/28/12_

11 **CIVIL** 7330 (GBD)

**JUDGMENT**

The Tremont defendants/appellees having moved to dismiss the appeal, and the matter

having come before the Honorable George B. Daniels, United States District Judge, and the Court,

on June 26, 2012, having rendered its Memorandum Decision and Order granting the Tremont

defendants/appellees motion to dismiss the appeal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision and Order dated June 26, 2012, the Tremont defendants/appellees

motion to dismiss the appeal is granted.

**Dated:** New York, New York
       June 28, 2012                   **RUBY J. KRAJICK**

                                    **Clerk of Court**
            **BY:**  _____

                                    **Deputy Clerk**