UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No.<br><br>11-CV-07330 (GBD)<br><br><br><br>**NOTICE OF APPEAL IN A CIVIL CASE** |

## **JOINT NOTICE OF APPEAL**

TO THE DISTRICT COURT AND ALL PARTIES, INTERESTED PERSONS, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that (1) Lakeview Investment, LP ("Lakeview"), (2) Phoenix Lake Partners, L.P. ("Phoenix Lake"), (3) 2005 Tomchin Family Charitable Trust ("Tomchin" and, together with Lakeview and Phoenix Lake, the "XL Fund Appellants"), (4) Edward L. White, for himself and on behalf of White Trust dated May 3, 2002 ("White"), and (5) Rigdon O. Dees, III ("Dees" and, together with White, the "Prime Fund Appellants"), by filing this joint notice of appeal, hereby

appeal to the United States Court of Appeals for the Second Circuit from the Judgment of Dismissal entered as Docket No. 36 in 11-CV-07330 (GBD) on June 28, 2012 (the "Final Judgment"), and from all interim orders and other matters embraced by, or otherwise pertaining to, the Final Judgment and adversely affecting any of their interests.  Attached as Exhibit A hereto is a copy of the Final Judgment.

The XL Fund Appellants and the Prime Fund Appellants (collectively, the "Rye Appellants") file this joint notice appeal from the Final Judgment, and from all interim orders and other matters embraced by, or otherwise pertaining to, the Final Judgment and adversely affecting any right or interest of one or more of the Rye Appellants, including but not limited to the district court's Memorandum Decision and Order dated June 27, 2012 (*see* Docket No. 35), as Rye Appellants are entitled to do pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure.

Dated: July 27, 2012

> By: /s/  Benjamin Rozwood_____
>     S. BENJAMIN ROZWOOD
> ROZWOOD & COMPANY, APC
> 503 North Linden Drive
> Beverly Hills, CA 90210
> Tel: (310) 246-1451
> Fax: (310) 246-9786
>
> Counsel for Lakeview Investment, LP, Phoenix Lake Partners, L.P., 2005 Tomchin Family Charitable Trust, Edward L. White, for himself and on behalf of White Trust Dated May 3, 2002, and Rigdon O. Dees, III

JOINT NOTICE OF APPEAL

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                         Debtor.
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,
                         Plaintiff,

              -against-

TREMONT GROUP HOLDINGS, INC., et al.,
                         Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/12

11 **CIVIL** 7330 (GBD)

**JUDGMENT**

The Tremont defendants/appellees having moved to dismiss the appeal, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on June 26, 2012, having rendered its Memorandum Decision and Order granting the Tremont defendants/appellees motion to dismiss the appeal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 26, 2012, the Tremont defendants/appellees motion to dismiss the appeal is granted.

**Dated:** New York, New York
         June 28, 2012

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                             **BY:**

                                                        **Deputy Clerk**