U.S. DISTRICT COURT
FILED
JUL 27 2012
D.S.
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Case No.<br><br>11-CV-07330 (GBD) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>Defendants. | NOTICE OF APPEAL IN A CIVIL CASE |

### JOINT NOTICE OF APPEAL

TO THE DISTRICT COURT AND ALL PARTIES, INTERESTED PERSONS, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that (1) Lakeview Investment, LP ("Lakeview"), (2) Phoenix Lake Partners, L.P. ("Phoenix Lake"), (3) 2005 Tomchin Family Charitable Trust ("Tomchin" and, together with Lakeview and Phoenix Lake, the "XL Fund Appellants"), (4) Edward L. White, for himself and on behalf of White Trust dated May 3, 2002 ("White"), and (5) Rigdon O. Dees, III ("Dees" and, together with White, the "Prime Fund Appellants"), by filing this joint notice of appeal, hereby

appeal to the United States Court of Appeals for the Second Circuit from the Judgment of Dismissal entered as Docket No. 36 in 11-CV-07330 (GBD) on June 28, 2012 (the "Final Judgment"), and from all interim orders and other matters embraced by, or otherwise pertaining to, the Final Judgment and adversely affecting any of their interests. Attached as Exhibit A hereto is a copy of the Final Judgment.

The XL Fund Appellants and the Prime Fund Appellants (collectively, the "Rye Appellants") file this joint notice appeal from the Final Judgment, and from all interim orders and other matters embraced by, or otherwise pertaining to, the Final Judgment and adversely affecting any right or interest of one or more of the Rye Appellants, including but not limited to the district court's Memorandum Decision and Order dated June 27, 2012 (see Docket No. 35), as Rye Appellants are entitled to do pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure.

Dated: July 27, 2012

By: _____
S. BENJAMIN ROZWOOD
ROZWOOD & COMPANY, APC
503 North Linden Drive
Beverly Hills, CA 90210
Tel: (310) 246-1451
Fax: (310) 246-9786

Counsel for Lakeview Investment, LP, Phoenix Lake Partners, L.P., 2005 Tomchin Family Charitable Trust, Edward L. White, for himself and on behalf of White Trust Dated May 3, 2002, and Rigdon O. Dees, III