**MANDATE**

N.Y.S.D. Case # 11-cv-7330(GBD)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of October, two thousand and twelve,

_____

In Re: Bernard L. Madoff Investment Securities LLC
_____

Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,

            Trustee,

Tremont Group Holdings, Incorporated, Tremont Partners, Incorporated, Tremont (Bermuda) Limited, Robert Schulman, Tremont Group Holdings, Incorporated, Tremont Partners, Incorporated, Tremont (Bermuda) Limited, Robert Schulman, RYE Select Broad Market Fund, L.P., RYE Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund - Ireland, Tremont Equity Fund Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, LifeInvest Opportunity Fund LDC, MassMutual Holdings LLC, Massachusetts Mutual Life Insurance Company,

            Defendants - Appellees,

Rye Select Broad Market Insurance Portfolio, LDC, Tremont Market Neutral Fund II, L.P., Oppenheimer

ORDER
Docket No. 12-3052

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2012

MANDATE ISSUED ON 10/25/2012

Acquisition Corporation, Rye Select Broad Market
Insurance Portfolio LDC, Rye Select Broad Market
Insurance Fund LP, Rye Select Broad Market XL
Portfolio Limited,

   Defendants,

V.

Lakeview Investment, LP, Phoenix Lake Partners, LP,
2005 Tomchin Family Charitable Trust, Edward White,
for himself and on behalf of White Trust Dated May 3,
2002, Rigdon O. Dees,

   Objectors - Appellants.

_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

               For The Court:

               Catherine O'Hagan Wolfe,
               Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit